# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF FLORIDA
# MIAMI DIVISION

IN RE:

MARGARITA M. VARGAS,             Case No. 23-20064-BKC-LMI
                                              Chapter 13

Debtor.

_____/

## TRUSTEE'S RESPONSE TO DEBTOR'S EX PARTE MOTION TO EXTEND TIME TO FILE SCHEDULES AND PLAN AND PAYMENT ADVICES
**[ECF No. 11]**

**COMES NOW**, Nancy K. Neidich, Standing Chapter 13 Trustee, by and through her undersigned counsel, and files this Response to Debtor's Ex-Parte Motion to Extend Time to File Schedules and Plan and Required Information under 521a (the "Motion") [ECF No. 6] for the following reasons:

1. The instant case commenced on December 5, 2023 [ECF No. 1].

2. Debtor's deadline to complete the bankruptcy filings is December 12, 2023, for the Creditor Matrix and December 19, 2023, for all other necessary Schedules, Statements, Plan and Payment Advices [ECF No. 5].

3. Debtor's Ex-Parte Motion to Extend Time to File Schedules and Plan and Required Information under 521a [ECF No. 11] states the Debtor "will need an additional extension "of a month lapse" as the Debtor "will be travelling to my country on January 2024 due to a surgery" and "will be back by mid-February," and as such appears to indicate that she will be unable to cure the deficiencies within the deadline of December 12, 2023 for the creditor matrix and December 19, 2023 for the balance of the bankruptcy schedules, statements, plan and payment advices.

4. Debtor's Motion is unclear as to whether the Debtor will be complying with the December 19, 2023, deadline, as same is prior to Debtor's planned travel in January of 2024 or if the Debtor is instead requesting an over 30-day extension of the deadline to allow for her return from travel.

5. Debtor's Motion fails to plead exceptional circumstances, as required by LR 1007-1(B) as the Debtor's planned medical travel occurs well after the required deadline of December 19, 2023.

6. If an extension of the deadline is granted, the Trustee respectfully requests that Debtor's deadline to file a creditor matrix be extended no further than 7 days from the date of the hearing to wit: December 20, 2023, for the creditors to receive notice of the instant bankruptcy filing and for the 341 Meeting of Creditors to be set.

**WHEREFORE**, the Trustee requests that the Court, if inclined to grant Debtor's Motion, set a deadline for the creditor matrix no further than **Wednesday, December 20, 2023,** and for any other such relief as may be deemed necessary by the court.

Respectfully submitted:

          NANCY K. NEIDICH,
          Standing Chapter 13 Trustee

By: /s/Gianny Blanco
    GIANNY BLANCO, ESQ.
    FLORIDA BAR NO: 78080
    P.O. BOX 279806
    MIRAMAR, FL 33027
    (954) 443-4402

Dated: December 8, 2023

## CERTIFICATION OF SERVICE

I certify that a true and correct copy of the foregoing was served via CM/ECF to Debtor's Counsel, Edward Freire, Esq., on <u>December 8, 2023.</u>

<u>/s/Gianny Blanco</u>

GIANNY BLANCO, ESQ.